IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40060
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BRAULIO RAMIREZ, a/k/a Big Foot,
a/k/a Lali,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-96-CR-314-14
- - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges

PER CURIAM:[*]

     Braulio Ramirez appeals his sentence for conspiracy to
possess with the intent to distribute over 1000 kilograms of
marijuana.  He asserts that the district court erred in using his
September 28, 1993, conviction in Texas state court for
possession of marijuana in calculating his criminal history
category.  Because this conviction occurred after the instant
offense, asserts Ramirez, it is not a "prior sentence" within the
meaning of U.S.S.G. § 4A1.1(a).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Ramirez's argument is forestalled by this court's holding in United States v. Lara, 975 F.2d 1120, 1129 (5th Cir. 1992). His assertion that the holding in Lara ought to be reconsidered in light of an apparent contradiction presented by the language of § 4A1.2(e)(1) is unavailing. See United States v. Ruff, 984 F.2d 635, 640 (5th Cir. 1993).

AFFIRMED.